## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT PIERCE DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | : : : Case No. 2:21-CV-14197-AMC |
| Plaintiff, | : : |
| vs. | : : : |
| MICHELLE CALDWELL and MICHAEL J. HARNER, the latter in his capacity as trustee for THE IRREVOCABLE LIFE INSURANCE TRUST OF JUSTIN W. CALDWELL, | : : : |
| Defendants. | |

## PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff North American Company for Life and Health Insurance hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on January 25, 2022 (dkt. # 40).

Dated this 22nd day of February, 2021.

By: /s/ Brett J. Preston
    Brett J. Preston (FBN: 603716)
    brett.preston@hwhlaw.com
    HILL, WARD & HENDERSON, P.A.
    101 East Kennedy Blvd., Suite 3700
    Post Office Box 2231
    Tampa, Florida 33601
    (813) 221-3900 (Telephone)
    (813) 221-2900 (Facsimile)

    Paul F. Heaton (*pro hac vice*)
    WI Bar No. 1000858
    Nicholas Bezier (*pro hac vice*)
    WI Bar No. 1101618
    pheaton@gklaw.com
    nbezier@gklaw.com
    GODFREY & KAHN, S.C.
    833 East Michigan Street, Suite 1800
    Milwaukee, WI 53202-5615
    (414) 273-3500 (Telephone)
    (414) 273-5198 (Facsimile)

*Attorneys for Plaintiff North American Company for Life and Health Insurance*