**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

**CASE NO. 21-14197-CIV-CANNON/McCabe**

**NORTH AMERICAN COMPANY
FOR LIFE AND HEALTH INSURANCE**,

    Plaintiff,

v.

**MICHELLE CALDWELL**
and **MICHAEL J. HARNER**,
the latter in his capacity as trustee for
**THE IRREVOCABLE LIFE INSURANCE
TRUST OF JUSTIN W. CALDWELL**,

    Defendants.
_____/

**ORDER FOLLOWING APPEAL**

**THIS CAUSE** comes before the Court following the Eleventh Circuit's opinion vacating the Court's Final Judgment Order [ECF No. 40] and remanding the case for further proceedings consistent with its Order. *See North American Co. for Life and Health Insurance v. Caldwell*, No. 22-10534 (11th Cir. Dec. 14, 2022). Pursuant to the Eleventh Circuit's decision and the associated mandate, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Order Granting Defendants' Motion for Judgment on the Pleadings [ECF No. 37] and Final Judgment Order [ECF No. 40] against North American are **VACATED**.

2. The Clerk of Court shall **REOPEN** this case.

3. On or before **February 10, 2023**, the parties shall file a joint status/scheduling report, including in that report a proposed schedule in accordance with Local Rule 16.1(b)(3).

4. The Clerk is also directed to **MODIFY THE REFERRAL** in this case to Magistrate Judge Ryon McCabe.

CASE NO. 21-14197-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of January 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record