**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 21-14197-CIV-CANNON**

**NORTH AMERICAN COMPANY**
**FOR LIFE AND HEALTH INSURANCE**,

      Plaintiff,

v.

**MICHELLE CALDWELL, et al.**

      Defendants.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

Please take notice that the parties have agreed to resolution of this matter and are in the

process of preparing a final settlement agreement reflecting the materials terms agreed upon by

the parties.  The parties expect to submit a joint motion to dismiss the case within the next 30

days, and accordingly, request that all current deadlines be suspended pending further order of

the Court.

      Date:  November 13, 2024.

                       Respectfully submitted,

                       <u>/s/ Joel Ewusiak</u>
                       Joel Ewusiak
                       Ewusiak Law, P.A.
                       Fla. Bar No.:  0509361
                       12191 W. Linebaugh Ave., #708
                       Tampa, FL 33626
                       P:  727.286.3559
                       E:  joel@ewusiaklaw.com
                       *Local Counsel for Defendants*

/s/ Michael Hoover
Michael Hoover
*(Pro Hac Vice)*
LA Bar No. 35497
Interpleader Law, LLC
5800 One Perkins Place Drive, Suite 2A
Baton Rouge, LA 70808
Telephone: (225) 246-8706
Email: michael.hoover@interpleaderlaw.com
*Trial Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 13, 2024, the foregoing document was filed

using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Joel Ewusiak
Joel Ewusiak