**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 21-14197-CIV-CANNON**

**NORTH AMERICAN COMPANY**
**FOR LIFE AND HEALTH INSURANCE,**

      Plaintiff,

v.

**MICHELLE CALDWELL**
and **MICHAEL J. HARNER**,
the latter in his capacity as trustee for
**THE IRREVOCABLE LIFE INSURANCE**
**TRUST OF JUSTIN W. CALDWELL**,

      Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement, filed on November 14, 2024, in which the parties advise that they have settled this matter [ECF No. 121]. The Court has carefully reviewed the file and is fully advised.  Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal on or before **December 14, 2024**.  Any stipulation of dismissal must be signed by all parties who have appeared in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  Should Plaintiff instead seek to file a motion for dismissal under Rule 41(a)(2), Plaintiff shall indicate as much in the Motion and include sufficient justification to permit a judicial determination of the propriety of the terms of dismissal. *See* Fed. R. Civ. P. 41(a)(2).

CASE NO. 21-14197-CIV-CANNON

2.  If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.

3.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of November 2024.

_____

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record