UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | :<br>:<br>: Case No. 2:21-CV-14197-AMC |
| Plaintiff, | : |
| vs. | :<br>: |
| MICHELLE CALDWELL and MICHAEL J. HARNER, the latter in his capacity as trustee for THE IRREVOCABLE LIFE INSURANCE TRUST OF JUSTIN W. CALDWELL, | :<br>:<br>:<br>: |
| Defendants. | |

**STIPULATION FOR DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff North American Company for Life and Health Insurance and Defendants Michelle Caldwell and Michael J. Harner, by their undersigned counsel, stipulate to the dismissal of the above-captioned action in its entirety, with prejudice, and without fees or costs to any party.

Dated this 26th day of November, 2024.

By: /s/ *Brett J. Preston*
    Brett J. Preston (FBN: 603716)
    brett.preston@hwhlaw.com
    HILL, WARD & HENDERSON, P.A.
    101 East Kennedy Blvd., Suite 3700
    Post Office Box 2231
    Tampa, Florida 33601
    (813) 221-3900 (Telephone)
    (813) 221-2900 (Facsimile)

    Paul F. Heaton (*pro hac vice*)
    WI Bar No. 1000858
    Nicholas Bezier (*pro hac vice*)
    WI Bar No. 1101618
    pheaton@gklaw.com
    nbezier@gklaw.com
    GODFREY & KAHN, S.C.
    833 East Michigan Street, Suite 1800
    Milwaukee, WI 53202-5615
    (414) 273-3500 (Telephone)
    (414) 273-5198 (Facsimile)

*Attorneys for Plaintiff North American Company for Life and Health Insurance*

By: /s/ *Joel J. Ewusiak*
    Joel J. Ewusiak (FBN: 0509361)
    joel@ewusiaklaw.com
    EWUSIAK LAW, P.A.
    12191 W. Linebaugh Ave, #755
    Tampa, Florida  33626
    (727) 286-3559 (Telephone)
    (727) 286-3219 (Facsimile)

    Michael J. Hoover (*pro hac vice*)
    LA Bar No. 35497
    michael.hoover@interpleaderlaw.com
    INTERPLEADER LAW, LLC
    5800 One Perkins Place Drive, Suite 2A
    Baton Rouge, LA  70808
    (225) 246-8706 (Telephone)

*Attorneys for Defendants Michelle Caldwell and Michael J. Harner*