UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14197-CIV-CANNON

**NORTH AMERICAN COMPANY
FOR LIFE AND HEALTH INSURANCE**,

    Plaintiff,

v.

**MICHELLE CALDWELL**
and **MICHAEL J. HARNER**,
the latter in his capacity as trustee for
**THE IRREVOCABLE LIFE INSURANCE
TRUST OF JUSTIN W. CALDWELL**,

    Defendants.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, filed on November 26, 2024 [ECF No. 123]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective November 26, 2024, the date on which the parties filed their Stipulation of Dismissal [ECF No. 123]. The Clerk of Court is directed to **CLOSE** this case. The parties shall bear their own costs and fees.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of November 2024.

                                                  **AILEEN M. CANNON**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record